## DECLARATION OF EDDY WANG

I, Eddy Wang, do hereby declare and state as follows:

1. I am employed by the Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Homeland Security Investigations (HSI) as the Special Agent in Charge (SAC) of the Los Angeles Office of the Special Agent in Charge (HSI Los Angeles). I have held this position since August 2023.

2. ICE is the largest investigative branch of DHS and is charged with the enforcement of more than 400 federal statutes. HSI employs Special Agents, who, among other things, are immigration officers under 8 U.S.C. § 1357, and are charged with investigating violations of federal immigration law, including criminal and civil investigations of illegal aliens present in the United States, those that smuggle and transport illegal aliens, and those that illegally facilitate the presence of illegal aliens in the United States.

3. On or about June 10, 2025, HSI Los Angeles issued a subpoena to the Director of the California Department of Health Care Services (DHCS) in furtherance of an investigation into possible violations of Title 8, including whether DHCS, its Director, and employees continue to knowingly and willfully facilitate the provision of nonemergency medical care to aliens who do not possess "satisfactory immigration status" through California's Medicaid program, thereby inducing and/or encouraging such aliens to remain in the United States unlawfully.

4. A true and correct copy of the subpoena is attached as Exhibit A.

5. The information sought in the subpoena is relevant to a federal Title 8 investigation. The subpoenaed information will allow the United States to evaluate whether DHCS has and continues to knowingly and willfully facilitate the provision of government benefits to individuals with unsatisfactory immigration status through California's Medicaid program, which may help to prove violations of Title 8, including 8 U.S.C. § 1324.

6. On June 16, 2025, DHCS objected to the subpoena. A true and correct copy of DHCS's objection is attached as Exhibit B.

7. As of today, DHCS has not complied with the subpoena.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct to the best of my information, knowledge, and belief.

Executed on July 21, 2025, at Long Beach, California.

EDDY WANG
Digitally signed by EDDY WANG
Date: 2025.07.21 13:52:59 -07'00'

_____
EDDY WANG

# EXHIBIT A



Homeland Security Investigations
Office of the Special Agent in Charge

**U.S. Department of Homeland Security**
SAC Los Angeles

# Cover Sheet

| | | | |
|---|---|---|---|
| **To:** | California Department of Health Care Services<br>Director Michelle Baass<br>P.O. Box 997413, MS 0000<br>Sacramento, California 95899 | **Date:** | 6/10/2025 |
| | | **Service Methods:** | Hard Copy Only |
| | | **Carrier Fax:** | |
| | | **Carrier Email:** | |
| | | **Agent Phone:** | (562) ▮ |
| | | **Agent Email:** | ▮@ice.dhs.gov |
| **From:** | Jesus Quezada | | |

☐ Urgent        ☐ Action        ☐ Concurrence        ☐ FYI

**Comments:**

Attached is subpoena/summons #: HSI-LA-2025-063746-001

Please respond by 7/4/2025 8:00 AM PST



DHS Form I-138 (6/09) - Page 1 of 5

| 1. To (Name, Address, City, State, Zip Code)<br>California Department of Health Care Services<br>Director Michelle Baass<br>P.O. Box 997413, MS 0000<br>Sacramento, California 95899 | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT SUBPOENA**<br><br>To Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |
|---|---|

Summons Number: HSI-LA-2025-063746-001

2. In Reference To

| California Department of Health Care Services | |
|---|---|
| (Title of Proceeding) | (File Number, if Applicable) |

By the service of this summons upon you, **YOU ARE HEREBY SUMMONED AND REQUIRED TO:**

| (A) | ☐ | **APPEAR** before the U.S. Customs and Border Protection (CBP), U.S. Immigration and Customs Enforcement (ICE), or U.S. Citizenship and Immigration Services (USCIS) Official names in Block 3 at the place, date, and time specified, to testify and give information relating to the matter indicated in Block 2. |
|---|---|---|
| (B) | ☒ | **PRODUCE** the records (books, papers, or other documents) indicated in Block 4, to the CBP, ICE, or USCIS official named in Block 3 at the place, date, and time specified. |

Your testimony and/or production of the indicated records is required in connection with an investigation or inquiry relating to the enforcement of U.S. immigration laws. Failure to comply with this subpoena may subject you to an order of contempt by a federal District Court, as provided by 8 U.S.C. § 1225(d)(4)(B).

| 3. (A) CBP Officer or ICE Special Agent | | | (B) Date and Time |
|---|---|---|---|
| Name<br>Title<br>Address | Jesus Quezada<br>Group Supervisor<br>300 North Los Angeles Street<br>Los Angeles, CA 90012<br>United States | Telephone<br>(562)<br>Fax | 7/4/2025 8:00 AM PST |

4. Records required to be produced for inspection

Please see attached continuation page.

5. Authorized Official

*Dwayne Angebrandt* (Signature)

Dwayne Angebrandt
(Printed Name)

Deputy Special Agent in Charge (Acting)
(Title)

6/9/2025 8:49 PM EST
(Date)

If you have any questions regarding this subpoena, contact the CBP, ICE, or USCIS Official Identified in Block3.



Digitally Signed by: 'E=Title-IIISupport@ice.dhs.gov, CN=Homeland Security Investigations, O=Homeland Security Invest

U.S. Immigration and Customs Enforcement

DHS Form I-138 (6/09) - Page 2 of 5

 U.S. Immigration and Customs Enforcement

DHS Form I-138 (6/09) - Page 3 of 5

| | | |
|---|---|---|
| 1. | To (Name, Address, City, State, Zip Code)<br>California Department of Health Care Services<br>Director Michelle Baass<br>P.O. Box 997413, MS 0000<br>Sacramento, California 95899 | DEPARTMENT OF HOMELAND SECURITY<br><br>**IMMIGRATION ENFORCEMENT<br>SUBPOENA (Continuation)**<br><br>To Appear and/or Produce Records<br>8 U.S.C. § 1225(d), 8 C.F.R § 287.4 |

Summons Number: HSI-LA-2025-063746-001

3. Records required to be produced for inspection (continued)

The following applies if checked.

| | |
|---|---|
| ☐ | **Child Exploitation:** This subpoena is in regard to an investigation involving Child Exploitation and/or transmission of Child Pornography via the internet. Please do not disclose/notify the user of the issuance of this subpoena. Disclosure to the user could impede an investigation or obstruct justice. |

Any submitted application for Medi-Cal benefits between June 5, 2021 and the present where the applicant did not answer yes to the question "Does this person have satisfactory immigration status?". Application is attached.

Contact agent Jesus Quezada via email at ▮▮▮▮▮@ice.dhs.gov in order to coordinate document delivery/preferred method of delivery.

**Method of Response:**

Preferred:

Return the requested records in an accessible data file format such as ".XLS", ".CSV", ".TXT", or ".PDF". The data file(s) should be delivered via e-mail to Group Supervisor Jesus Quezada at Jesus.Quezada@ice.dhs.gov.

NOTE: The ICE e-mail system limits incoming messages containing file attachments to 10 MB. For larger files send the summons response in multiple e-mail messages.

Alternates:

The records should be delivered to Group Supervisor Jesus Quezada at U.S. Immigration and Customs Enforcement:
300 North Los Angeles Street, Los Angeles, CA, 90012

If you have questions, please contact Group Supervisor Jesus Quezada at (562)▮▮▮▮


U.S. Immigration and Customs Enforcement

DHS Form I-138 (6/09) - Page 4 of 5

*You are requested not to disclose the existence of this summons for an indefinite period of time. Any such disclosure will impede the investigation and thereby interfere with the enforcement of federal law.*

**END OF DOCUMENT**



DHS Form I-138 (6/09) - Page 5 of 5

## Step 2: Person 1 *(continued)*

**Federal income tax information**  *If you don't file taxes, you can still qualify for free or low-cost insurance through Medi-Cal. We will keep your information private. We will use your information only to decide if you qualify for health insurance.*

Are you the primary tax filer (your name was first on the tax return)? ☐ Yes ☐ No
*Only one person on this application can be the primary tax filer.*

Are you going to file taxes for the **benefit** year?
☐ Yes ☐ No
*If yes*, how will you file?
☐ Head of household ☐ Single
☐ Married filing jointly ☐ Married filing separately

Does anyone claim you as a dependent on their taxes? ☐ Yes ☐ No
*If yes*, who?
☐ Person # _____ on this application
☐ This person is a parent without custody
☐ This person is a parent without custody who is not listed on this application

Do you have other health insurance or are you offered insurance through a job? ☐ Yes ☐ No
*If yes*, fill out Attachment B on pages 22 and 23.

Do you have a physical, mental, emotional, or developmental disability?
☐ Yes ☐ No  *See FAQ #27 for more information on what it means to have a disability.*

Do you need help with long-term care or home and community-based services? ☐ Yes ☐ No

Are you a U.S. citizen or U.S. national? ☐ Yes ☐ No
If you are **not** a U.S. citizen or U.S. national, answer these questions:
Do you have satisfactory immigration status? ☐ Yes  **To see if you have satisfactory status,** go to Attachment E on page 27 for a list.
Then write the document information here. In most cases your document ID number will be your Alien Registration Number.
Document type: _____  ID number: _____
Country of issuance: _____  Expiration date: _____
Name as it appears on the document: _____

Have you lived in the U.S. since 1996?
☐ Yes ☐ No

Are you, your spouse, or an unmarried dependent child an honorably discharged veteran or active-duty member of the U.S. armed forces? ☐ Yes ☐ No

Do you receive Medicare benefits?
☐ Yes ☐ No

Did you have a medical expense in the last 3 months that you need help paying for?
☐ Yes ☐ No

Do you live with any children under the age of 19?  ☐ Yes ☐ No
*If yes,* do you take care of the child or children?  ☐ Yes ☐ No

Are you 18 to 20 years old and a full-time student? ☐ Yes ☐ No
Are you 18 to 26 years old? ☐ Yes ☐ No  *If yes,* were you in foster care in any state on your 18th birthday? ☐ Yes ☐ No
Are you 18 years old or younger? ☐ Yes ☐ No  How many parents live with you? _____

Are you temporarily living out of state? ☐ Yes ☐ No

If you would like to choose a health insurance plan now, check here ☐ and fill out Attachment D on page 25.

**Tell us about your race**  *This information is confidential and will only be used to make sure that everyone has the same access to health care. It will not be used to decide what health insurance you qualify for.*

What is your race? *(optional; check all that apply)*
☐ White
☐ Black or African American
☐ American Indian or Alaska Native
☐ Asian Indian
☐ Cambodian
☐ Chinese
☐ Filipino
☐ Hmong
☐ Japanese
☐ Korean
☐ Laotian
☐ Vietnamese
☐ Native Hawaiian
☐ Guamanian or Chamorro
☐ Samoan
☐ Other _____

Are you of Hispanic, Latino, or Spanish origin? *(optional)* ☐ Yes ☐ No
*If yes,* check which ones:
☐ Mexican, Mexican American, Chicano
☐ Salvadoran ☐ Guatemalan
☐ Cuban ☐ Puerto Rican
☐ Other Hispanic, Latino, or Spanish origin: _____

★ ☐ Check here if you are an American Indian or Alaska Native, and fill out Attachment A on pages 20 and 21.

*Person 1* continued on next page 

 ¿Preguntas?  Llame a Covered California al **1-800-300-1506** (TTY: 1-888-889-4500). La llamada es gratuita. Usted puede llamar de lunes a viernes de 8 a.m. a 8 p.m. y los sábados de 8 a.m. a 6 p.m. O visite **CoveredCA.com**.



CCFRM604 (11/13) EN

4

# EXHIBIT B

## L084959-061025 - SUBPOENA

## Message History (3)

✉ On 6/16/2025 2:14:41 PM, California Department of Health Care Services wrote:

**Subject:** [Records Center] SUBPOENA :: L084959-061025
**Body:**

**DHCS**
CALIFORNIA DEPARTMENT OF
HEALTH CARE SERVICES
Michelle Baass | Director

**RE: SUBPOENA of June 10, 2025, GovQA Reference # L084959-061025, Work order #**

Dear Special Agent Daisy Garza,

The California Department of Health Care Services (DHCS) is in receipt of your Immigration Enforcement Subpoena, submitted on June 10, 2025. DHCS rejected this subpoena because it is ineffective to compel compliance by DHCS, pursuant to *Peters v. United States*, 853 F.2d 692, 699 (9th Cir. 1988) ("Congress has not specifically authorized the INS to issue blanket John Doe subpoenas nor provided procedural safeguards for their issuance[.]").

- *If a check was provided with service, it will be destroyed confidentially.*

Reference # L084959-061025 is now closed.

Sincerely,

SUBPOENA DESK
OLS-Office of Legal Services
California Department of Health Care Services (DHCS)



✉ On 6/10/2025 12:43:57 PM, California Department of Health Care Services wrote:

Dear Special Agent Daisy Garza:

Thank you for submitting your Subpoena for records concerning , to the California Department of Health Care Services. Your request has been submitted and is currently under review. Your request for work order #  was submitted to this office on June 10, 2025 and given the reference number L084959-061025 for tracking purposes.

Please share the login credentials for your account with any staff who will need access or additional information. Records will be made available for download in GovQA. Results will NOT be emailed, mailed, or uploaded to any other portal.

Please note: If you do not share the login credentials with your staff, you may encounter delays in accessing the provided records.

You can monitor the progress of your request using [this link](#) and you'll receive an email when your request has been completed. Again, thank you for using the California Department of Health Care Service Subpoena system.

California Department of Health Care Services

✉ On 6/10/2025 12:43:55 PM, Daisy Garza wrote:

Request Created on Public Portal



Page 2