UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

NOV 17 2026

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>MICHELLE BAASS, Director, California Department of Health Care Services,<br><br>Respondent - Appellee. | No. 26-3537<br><br>D.C. No.<br>2:25-mc-00083-JLS-SSC<br>Central District of California,<br>Los Angeles<br><br>ORDER |

The motion (Docket Entry No. 17) for voluntary dismissal is granted. *See* Fed. R. App. P. 42(b).

This case is dismissed.

This order serves as the mandate of the court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT